ACCEPTED
01-15-00326-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 11:41:24 AM
CHRISTOPHER PRINE
CLERK

# MIKE O'BRIEN, P.C.

A PROFESSIONAL CORPORATION

14355 Highway 105

WASHINGTON, TEXAS 77880

_____

(713) 222-0088

(713) 222-0888 fax

mike@moblaw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/29/2015 11:41:24 AM

CHRISTOPHER A. PRINE
Clerk

May 29, 2015

Hon. Christopher A. Prine, Clerk of Court        **Via E-Filing**

FIRST COURT OF APPEALS

301 Fannin

Houston, Texas 77002

      RE:     No. 01-15-00326-CV; Don Abbott Holmes, et al. vs. Jetall Companies, Inc.

Dear Mr. Pines:

Please be advised that Mike O'Brien and Mike O'Brien, P.C. are not appellate counsel for Appellee, Jetall Companies, Inc. in this matter. Jetall Companies, Inc. will be retaining appellate counsel.

Thank you for your professional courtesies. If you have any questions or need further clarification, please do not hesitate to contact me.

Very truly yours,

*/s/ Mike O'Brien*

Mike O'Brien

MOB/bm

cc:    Mr. Geoffrey Berg (gberg@bfjblaw.com)

       Mr. Martin Siegel (martin@siegelfirm.com)

       Mr. Ali Choudhri (ali@jetallcompanies.com)